# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-1693
_____

JOSEPH WARD, JR.,

Appellant,

v.

WILMINGTON SAVINGS FUND
SOCIETY FSB, et al.,

Appellees.

_____

On appeal from the Circuit Court for Levy County.
Craig C. DeThomasis, Judge.

July 31, 2026

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jared Grow of Haynes Law Group, P.A., Longwood, for Appellant.

Bradford Petrino of Lender Legal PLLC, Orlando, for Appellees.